**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-1289**

———————

ROBERT E. STONER; ROBERTA L. STONER,

Plaintiffs - Appellees,

versus

SAMUEL JACOBS, a/k/a Samuel Ramachandra, a/k/a
S.R.J. Chandra; NANCY JACOBS, a/k/a Nancy
Ramachandra, a/k/a Nancy Heckerman,

Defendants - Appellants.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Alexander Williams, Jr., District Judge.
(CA-98-4167-AW)

———————

Submitted: June 17, 1999          Decided: June 22, 1999

———————

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Samuel Jacobs, Nancy Jacobs, Appellants Pro Se. Damon K. Bernstein,
GILL & SIPPEL, Rockville, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Samuel Jacobs and Nancy Jacobs seek to appeal the district court's order remanding to state court the civil action in which they are Defendants. Remand orders are generally not reviewable on appeal.[*] See 28 U.S.C. § 1447(d) (1994). Accordingly, we dismiss this appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

_____

[*] In their notice of removal, Appellants asserted that the action was removable under 28 U.S.C. § 1443 (1994) (governing civil rights cases); remand orders in actions removed under that statute are reviewable on appeal. See 28 U.S.C. § 1447(d). However, there is nothing in the record to support Appellants' claim that the action involves civil rights violations.

2